**Isidro F. DeLUNA, Petitioner–Appellant,**

v.

**Ben CURRY, Warden, Respondent–Appellee.**

**No. 08–16610.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 16, 2011.

Isidro F. DeLuna, Avenal, CA, pro se.

Amanda Jane Murray, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

## MEMORANDUM **

California state prisoner Isidro F. De-Luna appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition. We dismiss.

DeLuna contends that the Board of Prison Terms' 2005 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. After the briefing was completed in this case, this court held that a certificate of appealability ("COA") is required to challenge the denial of parole. *See Hayward v. Marshall,* 603 F.3d 546, 554–55 (9th Cir.2010) (en banc). Now the Supreme Court has held that the only federal right at issue when there is a liberty interest in parole is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 863, 178 L.Ed.2d 732 (2011) (per curiam). Because DeLuna raises no procedural challenges regarding his parole hearing, a COA may not issue on this claim. *See* 28 U.S.C. § 2253(c)(2).

Further, because DeLuna has not made a substantial showing of the denial of a constitutional right on his other claims, we also decline to certify those claims. *See* 28 U.S.C. § 2253(c)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

Because there is no COA, we dismiss the appeal for lack of jurisdiction. *See* 28 U.S.C. § 2253(c)(1).

**DISMISSED.**

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-